# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to All Cases | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

By prior orders, the Court stayed discovery in all then-pending BELO cases and subsequently lifted that stay in a randomly selected pool of cases to be the first prepared for trial. It has come to the Court's attention, however, that the previously entered stay orders did not expressly include all subsequently filed or reassigned BELO cases. In some instances, a final scheduling order had been entered by another judge before the case was reassigned to the undersigned, and no subsequent stay was issued, causing confusion. Therefore, to clarify, with the exception of those cases selected as the first trial pool, *see* ECF No. 3, Master Docket, all other cases are stayed.

Accordingly, the Court hereby **STAYS** all Deepwater Horizon BELO cases currently filed and those filed in the future, unless an order lifting the stay is or has

been entered in the individual case.

**DONE AND ORDERED** this 13th day of November 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**