UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19-cv-963 |
| This Document Relates to: | Judge M. Casey Rodgers |
| *Harley Allen*, 4:19-cv-08<br>*Larry Blount*, 5:19-cv-227<br>*Fabrice Bowdry*, 5:19-cv-539<br>*Jonah Brackins*, 5:19-cv-147<br>*Christopher William Brown*, 3:19-cv-423<br>*Terrance Brown*, 5:19-cv-150<br>*Timothy A. Brown, Jr.*, 5:19-cv-369<br>*Thomas Coleman*, 5:19-cv-259<br>*Shaunette Cook*, 3:19-cv-3352<br>*Tristian Crowder*, 5:19-cv-390<br>*Dallas Finch*, 4:19-cv-123<br>*Travis R. Gerkin*, 5:19-cv-273<br>*Devon Holley*, 5:19-cv-343<br>*Zebulun Johnson*, 5:19-cv-391<br>*Luther Kirkland*, 5:19-cv-462<br>*Daniel Lowery*, 3:20-cv-3646<br>*Jose Marengo*, 3:19-cv-07<br>*Michael Moulder*, 5:19-cv-12<br>*Hector Sostre*, 3:19-cv-3608<br>*Jason Woods*, 5:19-cv-200 | Magistrate Judge Gary R. Jones |

**BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED ON NO ADMISSIBLE PROOF OF INJURY**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants BP Exploration & Production Inc. and BP America Production Company (collectively "the BP Parties"), hereby move for summary judgment as to all of the instant 20 Plaintiffs' claims.

1

Each of the instant Plaintiffs have failed to offer the required expert medical evidence to support their claims against the BP Parties for alleged injuries as a result of exposure to oil or chemical dispersants during their clean-up activities following the April 2010 *Deepwater Horizon* incident because none of the instant Plaintiffs can prove the fact of diagnosis, a required element to their BELO claim. Dr. Ronald Lippmann conceded in a sworn affidavit that he failed to retain any records pertaining to the 20 instant Plaintiffs, nor could he "verify the facts and contents of the records applicable to the identified claimants," including the instant Plaintiffs. Further, he is unable to verify any of "the underlying diagnoses purportedly authored by [him], nor will [he] be able to verify such records if asked to do so in the future." Thus, there is no fact of correct medical diagnosis in any of the instant cases and Plaintiffs cannot prove a required element of their BELO claims. There is no issue of fact, and the BP Parties are entitled to summary judgment in its favor.

In support of this Motion, the BP Parties submit its Memorandum in Support of BP Exploration & Production Inc. and BP America Production Company's Motion for Summary Judgment Based on No Admissible Proof of Injury and Evidentiary Submission in Support of its Motion for Summary Judgment, both filed contemporaneously herewith.

                                                     Respectfully submitted,

                                                     */s/ Thomas W. Tardy, III*

Thomas W. Tardy, III, Esq.
(*Admitted Pro Hac Vice*)
Ericson W. Enger, Esq.
(*Admitted Pro Hac Vice*)
Kalleigh A. McCoy, Esq.
(*Admitted Pro Hac Vice*)
Maron, Marvel, Bradley, Anderson & Tardy, LLC
1020 Highland Colony Parkway, Suite 400
Ridgeland, MS  39157
Telephone: (601) 960-8663
Facsimile: (601) 206-0119
ttardy@maronmarvel.com
eenger@maronmarvel.com
kmccoy@maronmarvel.com

AND

Francis M. McDonald, Jr., Esq.
Florida Bar No. 0327093
Sarah A. Long, Esq.
Florida Bar No. 0080543
Jessica M. Kennedy, Esq.
Florida Bar No. 0096015
McDonald Toole Wiggins, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL 32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895

*Attorneys for Defendants, BP Exploration & Production Inc. & BP America Production Company*

**CERTIFICATE OF SERVICE**

3

I HEREBY CERTIFY that on September 16, 2021, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

> */s/ Thomas W. Tardy, III*
> Thomas W. Tardy, III, Esq.
> (*Admitted Pro Hac Vice*)
> Ericson W. Enger, Esq.
> (*Admitted Pro Hac Vice*)
> Kalleigh A. McCoy, Esq.
> (*Admitted Pro Hac Vice*)
> Maron, Marvel, Bradley, Anderson & Tardy, LLC
> 1020 Highland Colony Parkway, Suite 400
> Ridgeland, MS 39157
> Telephone: (601) 960-8663
> Facsimile: (601) 206-0119
> ttardy@maronmarvel.com
> eenger@maronmarvel.com
> kmccoy@maronmarvel.com
>
> *Attorneys for Defendants, BP Exploration & Production Inc. & BP America Production Company*