# EXHIBIT - A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HARLEY DWAYNE ALLEN                          CIVIL ACTION

VERSUS                                       NO. 18-8340

BP EXPLORATION &                             SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement
Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on
April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case
Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in
the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that
the appropriate venue for further proceedings in this case is the United States District Court
for the Northern District of Florida. The convenience of the parties and witnesses and the
interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is
authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d
1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United
States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____4th_____ day of January, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY EUGENE BLOUNT                        CIVIL ACTION

VERSUS                                        NO. 19-801

BP EXPLORATION &amp;                    SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 6 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this \_\_\_\_16th\_\_\_\_ day of July, 2019.

CLERK TO NOTIFY:                    JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**           UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FABRICE BOWDRY                              CIVIL ACTION

VERSUS                                      NO. 19-11325

BP EXPLORATION &                            SECTION "J" (2)
PRODUCTION, INC. ET AL.

### ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 6 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____1st_____ day of December, 2019.

**CLERK TO NOTIFY:**                    JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JONAH DOUGLAS BRACKINS                    CIVIL ACTION

VERSUS                                     NO. 19-528

BP EXPLORATION &                           SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010</u>, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. <u>Balawajder v. Scott</u>, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____29th_____ day of May, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER WILLIAM BROWN                    CIVIL ACTION

VERSUS                                        NO. 18-9459

BP EXPLORATION &                              SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____20th_____ day of February, 2019.

**CLERK TO NOTIFY:**                         JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                     UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRANCE ANTONIO BROWN            CIVIL ACTION

VERSUS                                   NO. 18-8641

BP EXPLORATION &                   SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 16 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

      **IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____31st_____ day of May, 2019.

                                     JOSEPH C. WILKINSON, JR.

**CLERK TO NOTIFY:**                  UNITED STATES MAGISTRATE JUDGE
**HON. CARL J. BARBIER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY ALLEN BROWN, JR.                    CIVIL ACTION

VERSUS                                      NO. 19-10336

BP EXPLORATION &                            SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this ____27th____ day of September, 2019.

CLERK TO NOTIFY:                        JOSEPH C. WILKINSON, JR.
HON. CARL J. BARBIER                    UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

THOMAS MITCH COLEMAN                    CIVIL ACTION

VERSUS                                                    NO. 19-627

BP EXPLORATION &                                   SECTION "J" (2)
PRODUCTION, INC. ET AL.

## **ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on</u>

<u>April 20, 2010</u>, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 6 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. <u>Balawajder v. Scott</u>, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____4th_____ day of August, 2019.

**CLERK TO NOTIFY:**                    JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAUNETTE COOK                                         CIVIL ACTION

VERSUS                                                 NO. 19-9490

BP EXPLORATION &                                       SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this ____28th____ day of August, 2019.

**CLERK TO NOTIFY:**                          JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                       UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRISTIAN CROWDER                                CIVIL ACTION

VERSUS                                          NO. 19-10538

BP EXPLORATION &                                SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____9th_____ day of October, 2019.

_____
CLERK TO NOTIFY:                        JOSEPH C. WILKINSON, JR.
HON. CARL J. BARBIER                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DALLAS KEN FINCH                                   CIVIL ACTION

VERSUS                                            NO. 18-10284

BP EXPLORATION &                                  SECTION "J" (2)
PRODUCTION, INC. ET AL.

## **ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this ___12th___ day of March, 2019.

**CLERK TO NOTIFY:**                         JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                     UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVIS R. GERKIN                                    CIVIL ACTION

VERSUS                                              NO. 19-1190

BP EXPLORATION &                                    SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement
Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on
April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case
Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in
the captioned case, all parties have stipulated, Record Doc. No. 6 in the captioned case, that
the appropriate venue for further proceedings in this case is the United States District Court
for the Northern District of Florida. The convenience of the parties and witnesses and the
interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is
authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d
1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United
States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____9th_____ day of August, 2019.

_____
CLERK TO NOTIFY:                          JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                  UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEVON NIKKARO HOLLEY                                    CIVIL ACTION

VERSUS                                                 NO. 19-11214

BP EXPLORATION &                                       SECTION "J" (2)
PRODUCTION, INC. ET AL.

## **ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____16th_____ day of September, 2019.

**CLERK TO NOTIFY:**                          JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                       UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZEBULUN JOHNSON                                     CIVIL ACTION

VERSUS                                             NO. 19-10912

BP EXPLORATION &                                   SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____ 10th day of October, 2019.

_____
JOSEPH C. WILKINSON, JR.

**CLERK TO NOTIFY:**                               UNITED STATES MAGISTRATE JUDGE
**HON. CARL J. BARBIER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUTHER HOWARD KIRKLAND                    CIVIL ACTION

VERSUS                                    NO. 19-11217

BP EXPLORATION &                          SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____8th_____ day of November, 2019.

CLERK TO NOTIFY:                    JOSEPH C. WILKINSON, JR.
HON. CARL J. BARBIER                UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL LOWERY                                   CIVIL ACTION

VERSUS                                          NO. 19-13190

BP EXPLORATION &                                SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____19th_____ day of February, 2020.

**CLERK TO NOTIFY:**                         JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                     UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSE D. MARENGO                                        CIVIL ACTION

VERSUS                                                 NO. 18-8320

BP EXPLORATION &                                       SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida.  The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case.  28 U.S.C. § 1404.  A magistrate judge is

authorized to transfer a case of this sort to another district.  Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999).  Accordingly,

   **IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

                    New Orleans, Louisiana, this _____4th_____ day of January, 2019.


**CLERK TO NOTIFY:**                          JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                      UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL EUGENE MOULDER                          CIVIL ACTION

VERSUS                                          NO. 18-8458

BP EXPLORATION &                                SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____8th_____ day of January, 2019.

JOSEPH C. WILKINSON, JR.
**CLERK TO NOTIFY:**                      UNITED STATES MAGISTRATE JUDGE
**HON. CARL J. BARBIER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HECTOR SOSTRE                                    CIVIL ACTION

VERSUS                                           NO. 19-10427

BP EXPLORATION &                                 SECTION "J" (2)
PRODUCTION, INC. ET AL.

**ORDER**

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on</u>

<u>April 20, 2010</u>, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 5 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. <u>Balawajder v. Scott</u>, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____27th_____ day of September, 2019.

CLERK TO NOTIFY:                          JOSEPH C. WILKINSON, JR.
HON. CARL J. BARBIER                      UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON EDWARDS WOODS                          CIVIL ACTION

VERSUS                                        NO. 18-14123

BP EXPLORATION &                              SECTION "J" (2)
PRODUCTION, INC. ET AL.

## ORDER

As provided in the BELO portion of the Medical Benefits Class Action Settlement

Agreement in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on

April 20, 2010, MDL No. 2179, Record Doc. No. 6427-1 at pp. 60–73, and this court's Case

Management Orders, Record Doc. No. 14099 in MDL No. 2179 and Record Doc. No. 3 in

the captioned case, all parties have stipulated, Record Doc. No. 6 in the captioned case, that

the appropriate venue for further proceedings in this case is the United States District Court

for the Northern District of Florida. The convenience of the parties and witnesses and the

interests of justice warrant transfer of this case. 28 U.S.C. § 1404. A magistrate judge is

authorized to transfer a case of this sort to another district. Balawajder v. Scott, 160 F.3d

1066, 1067 (5th Cir. 1999). Accordingly,

**IT IS ORDERED** that the instant matter is hereby **TRANSFERRED** to the United

States District Court for the Northern District of Florida.

New Orleans, Louisiana, this _____9th_____ day of July, 2019.

CLERK TO NOTIFY:                              JOSEPH C. WILKINSON, JR.
**HON. CARL J. BARBIER**                      UNITED STATES MAGISTRATE JUDGE