# EXHIBIT - B

was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a clean-up worker as a result of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

22. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 29, 2014, respectively.

23. On or about January 23, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC#0041245).[5]

24. On or about March 2, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

26. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

27. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

28. Plaintiff, Harley Dwayne Allen, itemizes his damages as follows:

    a.  Pain and suffering;
    b.  Mental anguish;
    c.  Medical expenses;

---

[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean up worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on June 27, 2017. In addition to Chronic Sinusitis, he was also diagnosed with other chronic conditions related to his exposure such as Blurring of Vision, also diagnosed on June 27, 2017.

28. On or about June 29, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 038657).[6]

29. On or about August 3, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, LARRY EUGENE BLOUNT, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Lost earnings;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on May 28, 2014.

28. On or about November 16, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0442357).[6]

29. On or about December 21, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, FABRICE BOWDRY, itemizes his damages as follows:

    a.  Pain and suffering;
    b.  Mental anguish;
    c.  Medical expenses;
    d.  Lost earnings;
    e.  Loss of earning capacity;
    f.  Maintenance and cure;
    g.  Other economic loss;
    h.  Loss of enjoyment of life; and
    i.  Fear of future medical issues.

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Asthma on March 20, 2014. In addition to Asthma, he was also diagnosed with other chronic conditions related to his exposure such as Chronic Rash and , first diagnosed on March 20, 2014.

28. On or about June 22, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0041230).[6]

29. On or about July 27, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, Jonah Douglas Brackins, itemizes his damages as follows:

    a.  Pain and suffering;

---

[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

19. Plaintiff submitted a claim for a Specified Physical Condition (SPC) and was approved as a Class Member[4], receiving a(n) A1 level determination for a condition not being claimed in this BELO Complaint.

20. As a clean-up worker, Plaintiff performed shoreline clean-up activities. Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of her time as a clean-up worker because of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when her eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

22. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with chronic sinusitis on June 18, 2014.

23. On or about March 6, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC0041480).[5]

24. On or about April 13, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[6]

26. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

---

[4] *MSA*, § II.EEE.
[5] *MSA*, § VIII.A.
[6] *MSA*, § VIII.G(1)(b).

19. Plaintiff submitted a claim for a Specified Physical Condition (SPC0015908) and was approved as a Class Member[4], receiving a(n) A1 level determination for a condition not being claimed in this BELO Complaint.

20. Plaintiff performed Response Activities, as defined by the MSA.[5] As a Clean-up Worker, Plaintiff performed shoreline cleanup. As a shoreline cleaner, Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a clean-up worker, as a result of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

22. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 8, 2014, respectively.

23. On or about February 7, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC#0041279).[6]

24. On or about March 16, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

26. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

---

[4] *MSA*, § II.EEE.
[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on June 18, 2014. In addition to Chronic Sinusitis, he was also diagnosed with other conditions related to his exposure such as Contact Dermatitis and Toxic Conjunctivitis both diagnosed on June 18, 2014.

28. On or about October 19, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0385657).[6]

29. On or about November 21, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, TIMOTHY ALLEN BROWN JR., itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Lost earnings;
    e. Scarring and disfigurement;
    f. Loss of earning capacity;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

25. Plaintiff performed Response Activities, as defined by the MSA.[5] As a Clean-up Worker, Plaintiff performed VoO work, shoreline cleanup and Boom Decontamination. As a Cleanup Worker, Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Cleanup Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 17, 2014

28. On or about June 22, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC0263157).[6]

29. On or about July 27, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, THOMAS MITCH COLEMAN, itemizes his damages as follows:

   a.  Pain and suffering;

---

[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of her time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when her eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After her exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 9, 2014. In addition to Chronic Sinusitis, Plaintiff was also diagnosed with Contact Dermatitis and other Eczema and Blurring of Vision all diagnosed on the April 9, 2014.

28. On or about Septmeber 14, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0065470).[6]

29. On or about October 19, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, SHAUNETTE COOK, itemizes her damages as follows:

    a.  Pain and suffering;
    b.  Mental anguish;
    c.  Medical expenses;
    d.  Lost earnings;
    e.  Scarring and Disfigurement;
    f.  Loss of earning capacity;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Contact Dermatitis on May 30, 2014. In addition, he was also diagnosed with other conditions related to his exposure such as Chronic Sinusitis, Burning Sensation of the Eye, Nausea, Abdominal Pain, and Blurred Vision, all diagnosed on May 30, 2014.

28. On or about October 19, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0379757).[6]

29. On or about November 21, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, TRISTIAN CROWDER, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Scarring and disfigurement;
    e. Lost earnings;
    f. Loss of earning capacity;
    g. Maintenance and cure;
    h. Other economic loss;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

20. [Plaintiff performed Response Activities, as defined by the MSA.[5] As a Clean-up Worker, Plaintiff performed VoO work.] As a Cleanup Worker, Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Cleanup Worker as a result of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

22. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 7, 2014.

23. On or about March 29, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC0058114).[6]

24. On or about May 4, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

26. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

27. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

28. Plaintiff, DALLAS KEN FINCH, itemizes his damages as follows:

    a. Pain and suffering;

---

[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a clean up worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on April 10, 2014.

28. On or about July 6, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0041377).[6]

29. On or about August 10, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, TRAVIS R.GERKIN , itemizes his damages as follows:

    a.  Pain and suffering;
    b.  Mental anguish;
    c.  Medical expenses;
    d.  Lost earnings;
    e.  Loss of earning capacity;
    f.  Maintenance and cure;
    g.  Other economic loss;
    h.  Loss of enjoyment of life; and
    i.  Fear of future medical issues.

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on May 28, 2014.

28. On or about November 9, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0436057).[6]

29. On or about December 14, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, DEVON NIKKARO HOLLEY, itemizes his damages as follows:

     a. Pain and suffering;
     b. Mental anguish;
     c. Medical expenses;
     d. Lost earnings;
     e. Loss of earning capacity;
     f. Maintenance and cure;
     g. Other economic loss;
     h. Loss of enjoyment of life; and
     i. Fear of future medical issues.

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinus Congestion on March 24, 2014. In addition to Chronic Sinus Congestion, he was also diagnosed with other conditions related to his exposure such as Blurred Vision and Headaches, also diagnosed on March 24, 2014.

28. On or about November 2, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0315307).[6]

29. On or about December 7, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, ZEBULUN JOHNSON, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Lost earnings;
    e. Loss of earning capacity;
    f. Maintenance and cure;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Contact Dermatitis and Other Eczema on June 15, 2014. In addition, he was also diagnosed with other conditions related to his exposure such as Toxic Conjunctivitis, Chronic Sinusitis, and Chronic Tonsillitis, all diagnosed on June 15, 2014.

28. On or about November 9, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0269557).[6]

29. On or about December 14, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate. See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, LUTHER HOWARD KIRKLAND, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Scarring and disfigurement;
    e. Lost earnings;
    f. Loss of earning capacity;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on May 21, 2014. In addition to Chronic Sinusitis, he was also diagnosed with other chronic conditions related to his exposure such as Toxic Conjunctivitis, and Contact Dermatitis other Eczema, all on May 21, 2014.

28. On or about March 15, 2019, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 1299339).[6]

29. On or about April 18, 2019, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, DANIEL LOWERY, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Scarring and disfigurement;
    e. Lost earnings;
    f. Loss of earning capacity;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

19. Plaintiff submitted a claim for a Specified Physical Condition (SPC) and was approved as a Class Member[4], receiving an A1 level determination for a condition not being claimed in this BELO Complaint.

20. Plaintiff performed Response Activities, as defined by the MSA.[5] As a Clean-up Worker, Plaintiff performed shoreline cleaning duties where he was required to clean up the beach and the shoreline by picking up tar balls and digging up the same with his hands. As a Clean-Up Worker, Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-Up Worker as a result of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, ears, nose, mouth and skin were in direct contact with these toxic chemicals.

22. After his exposure to the oil, Dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with chronic sinusitis on June 13, 2014.

23. On or about January 23, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC#).[6]

24. On or about May 6, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

---

[4] *MSA*, § II.EEE.
[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

20. As a Clean-Up Worker, Plaintiff performed shoreline clean-up (dredging), as defined by the MSA. As a Clean-Up Worker, Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a clean-up worker as a result of the Oil Spill.

21. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

22. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Eye Irritation on March 27, 2014.

23. On or about January 30, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC#0041270).[5]

24. On or about March 9, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

25. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[6]

26. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

27. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

28. Plaintiff, MICHAEL EUGENE MOULDER, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;

---

[5] *MSA*, § VIII.A.
[6] *MSA*, § VIII.G(1)(b).

5

was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Clean-up Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Sinusitis on May 21, 2014. In addition to Chronic Sinusitis he was also diagnosed with other conditions related to his exposure such as Abdominal Pain and Blurring of Vision both diagnosed on May 21, 2014.

28. On or about October 12, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC 0430557).[6]

29. On or about November 16, 2018, Plaintiff received BP Defendants' Notice of Election *Not To Mediate*. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, HECTOR SOSTRE, itemizes his damages as follows:

    a. Pain and suffering;
    b. Mental anguish;
    c. Medical expenses;
    d. Lost earnings;
    e. Loss of earning capacity;
    f. Maintenance and cure;

---

[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).

Plaintiff was exposed through inhalation, airborne and direct contact to oil, dispersants, and other harmful chemicals. Plaintiff was exposed to the oil, dispersants, and other harmful chemicals throughout the duration of his time as a Cleanup Worker as a result of the Oil Spill.

26. On more than one occasion, Plaintiff was also exposed to oil, Dispersants, and harmful chemicals when his eyes, nose, mouth, and skin were exposed by the lack of proper protective gear.

27. After his exposure to the oil, dispersants, and other harmful chemicals, Plaintiff suffered permanent injuries and was first diagnosed with Chronic Conjunctivitis on June 16, 2014. In addition to Chronic Conjunctivitis, he was also diagnosed with other chronic conditions related to his exposure such as Chronic Dermatitis, Chronic Blepharitis, Chronic Bronchitis and Chronic Pharyngitis all diagnosed on June 16, 2014.

28. On or about May 18, 2018, Plaintiff was issued a valid Notice of Intent to Sue (LMPC0438157).[6]

29. On or about June 22, 2018, Plaintiff received BP Defendants' Notice of Election *Not* To Mediate. *See* Exhibit A.

30. This Complaint has been timely filed within the requisite six (6) month period from the date of BP Defendants' notice.[7]

31. Plaintiff's permanent injuries and LMPCs were legally and proximately caused by exposure to oil, dispersants and other harmful chemicals from the Oil Spill.

32. BP Defendants are therefore liable under state and federal law and in accordance with the terms of the MSA.

33. Plaintiff, JASON EDWARDS WOODS, itemizes his damages as follows:

---

[5] *MSA*, § II.OOOO.
[6] *MSA*, § VIII.A.
[7] *MSA*, § VIII.G(1)(b).