EXHIBIT - C

**Harley D. Allen C/A (PRN: HA948519): Signed SOAP Note for 04/29/2014**
Age on DOS: 46 yrs.  DOB: 08/24/1967

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Kim Bintz, PA
seen on: Tuesday 29 April 2014

electronically signed by: Kim Bintz, PA
signed on: Tuesday 29 April 2014 11:18 AM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Pulse: |
|---|---|---|---|---|---|
| | 70.0 in | 229.0 lb | 32.9 | 138 / 97 mmHg | 60 bpm |

CC | BP Claim(Sent by Lawyer's Office)  (Appt time: 10:00 AM) (Arrival time: 10:09 AM)

S | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL

HEADACHE,  ARE 2 TIMES A WEEK, AND CONTINUE ALL DAY LONG TYPICALL, FACIAL PAIN, FACIAL AND SINUS PRESSURE

SMELL DECREASED

O | SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID
General: Normotensive, in no acute distress.    Head: Normocephalic, no lesions.    Eyes: PERRLA, EOM's full, conjunctivae clear.
Ears: EAC's clear, TM's normal.    Nose: Mucosa normal, no obstruction.    Throat: Clear, no exudates, no lesions.    Neck: Supple, no masses, no thyromegaly, no bruits.    Chest: Lungs clear, no rales, no rhonchi, no wheezes.    Heart: RR, no murmurs, no rubs, no gallops.    Back: no tenderness, slight curvature  Neuro: Physiological, no localizing findings.    Skin: Normal, no rashes, no lesions noted.

A | 473.8 CHRONIC SINUSITIS

P | POSSIBLE CT FOR CHRONIC SINUSITIS EVALUATION.

**Larry Blount C/A (PRN: LB394031): Signed SOAP Note for 04/28/2014**
Age on DOS: 54 yrs,  DOB: 02/03/1960

Ron Lippmann D.O., P.A.
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Jill Marshall-Allen, ARNP
seen on: Monday 28 April 2014

electronically signed by: Ron Lippmann, D.O.
signed on: Tuesday 29 April 2014 4:32 PM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 76.0 in | 223.0 lb | 27.1 | 158 / 90 mmHg | 99.3 F | 61 bpm | 16 rpm |

**CC** | BP Physical  (Appt time: 10:30 AM) (Arrival time: 10:16 AM)

**S** | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR, See scanned image

+ OCULAR INVOLVEMENT EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS

+EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING

+NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING

+HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE

+SMELL DECREASED

+COUGH, SPUTUM PRODUCTION PURULENT

+WHEEZING

+SHORTNESS OF BREATH

+THROAT SORE, BLEEDING, REDNESS, DISCHARGE

+SKIN REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES
+LIGHTHEADEDNESS

+FATIGUE.

**O** | Pulse ox 99%
NEGATIVE: EYES CONJUCTIVAL ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
NEGATIVE SEE VISUAL ACUITYVISION BLURRY
SKIN NECK, ARMS, GROIN,  HANDS  -  NEGATIVE FOR HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE
FACE POSITIVE FOR SCATTERED RARE MACULE PAPULAR LESION
NASAL MUCOSA NL
ABDOMEN NON TENDER TO THE PERIUMBILICAL REGION, NONTENDER TO THE EPIGASTRIC REGION, TNON ENDER TO THE FLANK AREA

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS NEGATIVE FOR DECREASED BREATH SOUNDS, WHEEZE, RHONCHI.

**A** | 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION,  3, 473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 787.02 NAUSEA, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

**Larry Blount C/A (PRN: LB394031): Signed SOAP Note for 04/28/2014**
Age on DOS: 54 yrs,  DOB: 02/03/1960

Ron Lippmann D.O., P.A.
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

P | F/U PCP AND BP COORDINATOR

| **Fabrice Bowdry C/A (PRN: FB243449): Signed SOAP Note for 05/28/2014** | **Ron Lippmann D.O., P.A.** |
|---|---|
| Age on DOS: 23 yrs, DOB: 11/28/1990 | 509 E 23rd Street Panama City, FL 32405 (850) 215-8999 |

seen by: Jill Marshall-Allen, ARNP
seen on: Wednesday 28 May 2014

electronically signed by: Ronald Lippmann, DO
signed on: Tuesday 03 June 2014 11:58 AM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 75.0 in | 209.0 lb | 26.1 | 104 / 59 mmHg | 97.4 F | 59 bpm | 14 rpm |

**CC**

BP Claim
confirmed** (Appt time: 2:00 PM) (Arrival time: 1:59 PM)

**S**

THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT NEGATIVE FOR EYE IRRITATION, EYE BURNING, REDNESS

NEGATVE FOR EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS,
POSITIVE BLURRINESS, EYE LID ITCHING NASAL CONGESTION, NASAL DISCHARGE,
NEGATIVE FORNASAL BLEEDING

POSITIVE FOR HEADACHE,
NEGATIVE FOR FACIAL PAIN, FACIAL AND SINUS PRESSURE

POSITIVE FOR SMELL DECREASED

POSITIVE FOR COUGH, SPUTUM PRODUCTION PURULENT

NEGATIVE FOR WHEEZING SHORTNESS OF BREATH ASTHMA OCCURANCE

NEGATIVE FOR THROAT SORE, BLEEDING, REDNESS, DISCHARGE

POSITIVE FOR SKIN REDNESS, SCALING, PEELING, S FLAT, DRYNESS, BLISTERING, CRUSTING, ACNE OR PIMPLES
NEGATIVE FOR SCARRING, DARKER, LIGHTER, BUMPS,WELTS,
NEGATIVE FOR SEIZURE

POSITIVE FOR LIGHTHEADEDNESS FATIGUE.
POSITVE FOR ABDOMINAL PAIN AND DIARRHEA NEGATIVE FOR CRAMPING, NAUSEA AND VOMITINHG

**O**

eye exam: left eye 20/40, right eye 20/40 both eyes 20/30, uncorrected, passed color vision exam
EYES CONJUCTIVAL NO ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
C/O VISION BLURRY
SKIN NECK, ARMS,FACE, HANDS - WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE

ABDOMEN NON TENDER TO THE PERIUMBILICAL REGION, TENDER TO THE EPIGASTRIC REGION, NON TENDER TO THE FLANK AREA

SINUS FACE AND HEAD PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS CLEAR
NASAL MUCOUS W/ERYTHEMA, SWELLING, MARKED ERYTHEMATOUS POLYP APPEARING LESIONS NOTED
POST PHARYNX W/ERYTHEMA AND TONSILLAR SWELLING
SOFT ADENOPATHY

| Fabrice Bowdry C/A (PRN: FB243449): Signed SOAP Note for 05/28/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 23 yrs, DOB: 11/28/1990 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

**A** 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 3473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

DIAGNOSES:
Diarrhea [787.91]
Nasal obstruction [478.19]
      comments:   CANNOT R/O POLYP
O/E - lymphadenopathy [785.6]

**P** F/U PCP AND BP COORDINATOR

# DIAGNOSTIC TOOL

*Part II: DETAILED MEDICAL REPORTS*

To rah   Brackins   3, 3-79

| A1-4; BJ: | SPC | Symptoms (HIGHLIGHT ALL Symptoms Declared by Patient in the Patient's DECLARATION provided by Law Office) | Diagnosis | As Evidenced By (Notes in Physical Examination): |
|---|---|---|---|---|
| A | Ocular | (Symptoms first appeared within 24 hours of any exposure)<br>• eye irritation ✓<br>• eye burn ✓ | yes | continues, Sees spots before Eyes |
| A | UA/R. | (Symptoms first appeared within 72 hours of any exposure) (TWO+)<br>• nasal congestion/discharge, or post-nasal drip;<br>• headache, facial pain/pressure or sinus pain;<br>• decreased sense of smell;<br>• cough;<br>• sputum production;<br>• (wheezing) — tx By PCP —<br>• shortness of breath | Qt ≈ '' | "Asthma" On Inhaler + nebulizer a CPAP |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing asthma | N O | |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing COPD | N O | |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) nose bleed | NO | |
| A | ENT | (Symptoms first appeared within 48 hours of any exposure) throat irritation- sore throat | N O | |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) (TWO+)<br>• redness; inflammation or pain; blistering; crusting; swelling; itching; lesion; dryness or flaking; peeling; scaly skin; welts; or pimples | Scaly Both Elbow + arm Rash ✓ | |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) acne; oil acne | N O | |
| A | N/O-H | (Symptoms first appeared within 24 hours of any exposure) headache; dizziness; fainting; seizure | yes | Cone + go ✓ |
| A | N/O-G | (Symptoms first appeared within 24 hours of any exposure)<br>• nausea; more if eats fatty foods<br>• diarrhea;<br>• vomiting;<br>• abdominal cramps;<br>• abdominal pain — had UMBLICAL hernia | yes | had GB Removed Tried PPI's no help. EGD ✓ had cold Sore |
| B | Ocular | (Symptoms first appeared within 24 hours of any exposure)<br>• ongoing eye damage<br>• continued redness of the eye; ✓<br>• damage to conjunctiva, cornea, and/or surrounding structures | Repaired x 2. yes | had cold Sore ✓ |
| B | Resp-Sinusitis<br><br>CT + or −<br>Endoscopy + or − | (Symptoms first appeared within 72 hours of any exposure (TWO+)<br>• anterior and/or posterior mucopurulent drainage;<br>• nasal obstruction;<br>• facial pain, pressure, and/or fullness;<br>• decreased sense of smell | N O | ✓ |
| B | Resp-RADS<br><br>PFT + or −<br>MCT + or − | (Symptoms first appeared within 24 hours of any exposure)<br>• absence of pre-existing respiratory disease ✓<br>• recurring cough; ✓<br>• constant wheezing; ✓<br>• chest tightness; and recurring breathlessness ✓ | yes | ✓ |
| B | Dermal | (Symptoms first appeared within 72 hours of any exposure)<br>• ongoing skin inflammation; constant dryness of the skin; recurring skin rashes; redness; swelling; itchiness; blistering; cracking; bleeding   Scaling | yes | ✓ |

*Attorney Client Work Product*   7

*MedSouth Staff only beyond this point.*   Jonah Breckins   3-13-29

| VITALS | VISUAL ACUITY |
|---|---|
| Weight: 301   Height: 74   Pulse: 77 | Right Eye: 20/25   Left Eye: 20/25 |
| Blood Pressure: 136/84 | Both Eyes: 80/25 |
| Additional B/P if needed below: | Vision Corrected?   Yes   (No) |
| ___/___   ___/___ | Color Vision:   (Pass)   Fail |

# MEDICAL QUESTIONAIRRE

Patient Name: Jonah Bradkins    Birth Date: 3/13/79  Today's Date: 3/20/14

## PERSONAL MEDICAL HISTORY:

What is the main medical problem you are here for and how long have you had it: _____

Check any illnesses or conditions you have had in the past:

| | | | | |
|---|---|---|---|---|
| __ Asthma | __ Bronchitis | __ Emphysema | __ Pneumonia | __ Tuberculosis |
| __ Lung Cancer | __ Bronchiectasis | __ Allergy | __ Pneumothorax | __ Hiatal Hernia |
| __ Sinusitis | __ High B P | __ Stroke | __ Kidney Disease | __ Reflux |
| __ Diabetes | __ Heart Disease | ✓ Sleep Apnea | __ Nervousness | __ Glaucoma |
| __ Rheumatic Fever | | __ Bleeding Problems | | |
| __ Other | | | | |

Previous Surgeries: _____
Drug Allergies: _____
Other Allergies: _____
Medication List: _____

## PERSONAL SOCIAL HISTORY:

Religion: N/A  Education Level: N/A  Occupation/How Long: N/A
Marital Status: _____ Have you traveled outside the US or Canada?/Where _____
What types of hobbies or recreational activities do you participate in: _____

Do you or have you had a job that exposed you to: ___ dust ___ fumes ___ asbestos ___ sandblasting ___ chemicals ___ other _____
Have you been exposed to second hand smoke? _____ Please explain: _____
Do you currently use tobacco products? _____ Have you ever? _____
How Long? _____ How much? _____ Type of tobacco? _____
Do you drink alcoholic beverages? _____ What type? _____ How often? _____
Do you drink coffee? _____ How much? _____ How often? _____
Do you have any pets? _____ Number and type: _____

## FAMILY HISTORY:

Is your mother alive or deceased? 1/c 5  Present health or cause of death: N/A
Is your father alive or deceased? 1/c 5  Present health or cause of death: N/A
How many brothers do you have? 2  Are they alive or deceased? alive
How old are they? 16, 52  How is their health? good
How many sisters to you have? 1  Are they alive or deceased? alive
How old are they? 37  How is their health? good
How many children have you had? 2  Are they alive or deceased? alive
How old are they? 5/7  How is their health? good

Check the following illnesses that have occurred in any of your blood relatives and specify relationship:

| | | | |
|---|---|---|---|
| ___ Asthma | ___ Cystic Fibrosis | ___ Sarcoidosis | ___ IPF |
| ___ Diabetes | ___ Breast Cancer | ___ Colon Cancer | ___ Kidney Disease |
| ___ Tuberculosis | ___ Heart Disease | ___ High Blood Pressure | ___ Stroke |
| ___ Nervousness | ___ Allergy | ___ Bleeding Tendency | ___ A1AT |
| ___ Other | | | |



Patient Name: _Torich Brackins_     DOB: _3.13.79_

## PHYSICAL EXAMINATION

*To be completed by the physician. Please indicate normal or abnormal, and give an explanation for any abnormalities.*

HEENT: ☒Normal ☐ Abnormal: _Eyes Clear today_

HEART: ☒Normal ☐ Abnormal: _____

LUNGS: ☒Normal ☐ Abnormal: _Clear today_

ABDOMEN: ☐ Normal ☒Abnormal: _Umbilical Hernia repair Scar,_

NECK: ☒Normal ☐ Abnormal: _____

TRUNK/ BACK: ☒Normal ☐ Abnormal: _____

KNEES: ☒Normal ☐ Abnormal: _____

LEGS/ ANKLES: ☒Normal ☐ Abnormal: _____

WRISTS/ HANDS: ☒Normal ☐ Abnormal: _____

SHOULDERS/ ARMS: ☒Normal ☐ Abnormal: _____

Dermatology : ☐ Normal ☒Abnormal: _Scaly Psoriatic Looking patch Both Elbows._

Ⓐ✗= 1) _Eye Quantation off-on - "Spois before Eyes" —_
_Recommend See Eye Dr_

2) _Wheezing - Dr "ASTHMA" by PCP dkt - need_
_to obtain & review those records 1st_

3) _Chronic discomfort after hernia Repair —_
_No recomendations - time is only Cure +_
_may always be Sore._

4) _Nausea - has been Seeing A GI specialist - had_
_EGD + colon done, GB removed, R+ PPI —_
_need records._

Physicans Signature: _MMmy/MPC_     Date: _MARch 20, 2014_

5) _Headache - off+on - 2-3x/week, AAN 9/10, Recommend neurology Evaluation_

Physicans Signature: _____     Date: _____

☒ Dr. Ronald Lippmann, DO     ☐ Dr. Kirk Brisnehan, DO     ☐ Dr. Bill Bautsch, MD

☐ Sheldon Roberts, PA-C     ☐ Belynda McCurry, PA-C     ☒ Robert Munoz, PA-C

6) _Chronic Rash - Elbows- Recommend - Dermatology Evaluation_

**Chris Brown B/P (PRN: CB137564): Signed SOAP Note for 06/18/2014**
Age on DOS: 63 yrs, DOB: 11/13/1950

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Sheldon Roberts, PA-C
seen on: Wednesday 18 June 2014

electronically signed by: Sheldon Roberts, PA-C
signed on: Wednesday 18 June 2014 4:38 PM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|----|---------|---------|------|-----------------|-------|--------|------------|
|    | 66.0 in | 199.0 lb | 32.1 | 120 / 70 mmHg | 98.2 F | 76 bpm | 16 rpm |

CC | BP claim  (Appt time: 3:45 PM) (Arrival time: 3:28 PM)

S | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES,  WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH,

OCULAR INVOLVEMENT EYE IRRITATION, EYE BURNING,  REDNESS

EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING

NASAL CONGESTION,

HEADACHE, SINUS PRESSURE

WHEEZING

SHORTNESS OF BREATH

SKIN  itching of bilat elbow ceases.

LIGHTHEADEDNESS

O | Pulse ox 98%reviewed mdical history  NKDA EYES CONJUCTIVAL ERYTHEMA,

SKIN NECK, normal

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,

LUNG SOUNDS DECREASED BREATH SOUNDS left lower lobe. ,

A | 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, , 372.39 TOXIC CONJUCTIVITIS, 373.00 BLEPHARITIS, 374.82 EDEMA OF EYELID, 473.8 CHRONIC SINUSITIS,  787.02 BURNING SENSATION IN EYE.

P |

**Terrance Brown C/A (PRN: TB102132): Signed SOAP Note for 04/08/2014**
Age on DOS: 38 yrs, DOB: 09/02/1975

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Kim Bintz, PA
seen on: Tuesday 08 April 2014

electronically signed by: Kim Bintz, PA
signed on: Thursday 10 April 2014 12:52 PM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Pulse: |
|----|---------|---------|------|-----------------|--------|
|    | 74.0 in | 234.0 lb | 30.0 | 126 / 90 mmHg | 73 bpm |

CC  (Appt time: 11:00 AM) (Arrival time: 11:02 AM)

S  THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH

NASAL CONGESTION, NASAL DISCHARGE

HEADACHE 2-3 TIMES A MONTH AND LAST 2-3 DAYS, FACIAL PAIN, FACIAL AND SINUS PRESSURE ON RIGHT SIDE >THAN LEFT

SMELL DECREASED

FATIGUE.

INITALLY COUGH, SPUTUM PRODUCTION BUT NON CURRENTLY
SKIN REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS WHICH STARTED 2-3 MONTHS, AFTER STOPPING WORK AT BP
INITALLY EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS BUT CURRENTLY NO PROBLEMS

O  SKIN WITH HYPER PIGMENTATION, SCALING, ERYTHEMA
ABDOMEN WITH VENTRAL AND UMBILICAL HERNIA
SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, NOTED DISCHARGE FROM RIGHT NARE, AND NASAL MUCOSAL EDEMATOUS AND PARTIALLY OCCLUDED LUNG SOUNDS DECREASED BREATH SOUNDS
General: Normotensive, in no acute distress.  Head: Normocephalic, no lesions.  Ears: EAC's clear, TM's normal.  Throat: Clear, no exudates, no lesions.  Neck: Supple, no masses, no thyromegaly, no bruits.  Heart: RR, no murmurs, no rubs, no gallops.  Back: Normal curvature, no tenderness.  Extremities: FROM, no deformities, no edema, no erythema.  Neuro: Physiological, no localizing findings.

A  692.9 CONTACT DERMATITIS AND OTHER ECZEMA 473.8 CHRONIC SINUSITIS

P  POSSIBLE CT FOR CHRONIC SINUSITIS EVALUATION.

| Timothy Brown B/P (PRN: TB345031): Signed SOAP Note for 06/18/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 30 yrs, DOB: 09/03/1983 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

seen by: Jill Marshall-Allen, ARNP
seen on: Wednesday 18 June 2014

electronically signed by: Ronald Lippmann, DO
signed on: Saturday 28 June 2014 1:46 PM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 70.0 in | 328.0 lb | 47.1 | 138 / 78 mmHg | 97.9 F | 86 bpm | 16 rpm |

**CC** bp claim (Appt time: 10:45 AM) (Arrival time: 9:57 AM)

**S** THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,
PT STATES > 6 MONTH DIRECT EXPOSURE NEW ORLEANS AND PENSACOLA

OCULAR INVOLVEMENT POSITIVE EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS EYE LID REDNESS, EYE LID ITCHING EYE LID SORE,

NEGATIVE FOR EYE LID SWELLING, EYE LID RASH,

POSITIVE FOR NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE

POSITIVE FOR SMELL DECREASED COUGH, SPUTUM PRODUCTION PURULENT WHEEZING SHORTNESS OF BREATH ASTHMA OCCURANCE

POSITIVE FOR THROAT SORE,, REDNESS, DISCHARGE NEGATIVE FOR BLEEDING

SKIN POSITIVE FOR REDNESS, SCALING, PEELING, , DARKER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLE!
NEGATIVE FOR SCARRING LIGHTER,

NEGATIVE FOR SEIZURE

POSITIVE FOR LIGHTHEADEDNESS FATIGUE.   EPISODES OF CONFUSION INSOMNIA
NEGATIVE FOR ABDOMINAL PAIN, CRAMPING, POSITIVE FOR NAUSEA, VOMITING , DIARRHEA.
POSITIVE FOR FLANK/BACK PAIN

**O** EYE EXAM LEFT EYE 20/20, RIGHT EYE 20/25, BOTH EYES 20/20 UNCORRECTED, PASSED COLOR EXAM
EYES CONJUCTIVAL ERYTHEMA,  TRACE LID SWELLING, NEGATIVE FOR LID ERYTHEMA, LID SCALING, LID RASH POSITIVE FOR LID SCARRING
C/O VISION BLURRY

HEAD SCATTERED BLACK LESIONS < .5, PETECHIAL RASHING
ARMS AND LEGS WITH SCATTERED AREAS OF NUMMULAR HYPERPIGMENTATION .5-2 CM DIAMETER
FEET W/FINE PEELING PLANTAR

ABDOMEN NON TENDER TO THE PERIUMBILICAL REGION, NONTENDER TO THE EPIGASTRIC REGION,
POSITIVE FOR TENDER TO THE FLANK AREA

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID
NASAL MUCOUSA BRIGHT ERYTHEMA, FRIABLE
LUNG SOUNDS DECREASED BREATH SOUNDS,SCATTERED HIGH PITCH WHEEZE
NEURO/ALERT, ARTICULATE, SOME DELAY IN REPONSES TO QUESTIONS

| Timothy Brown B/P (PRN: TB345031): Signed SOAP Note for 06/18/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 30 yrs,  DOB: 09/03/1983 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

**A** | 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 372.39 TOXIC CONJUCTIVITIS, 373.00 BLEPHARITIS, 374.82 EDEMA OF EYELID, 473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 787.02 NAUSEA, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

DIAGNOSES:
 Confusional state [298.9]
 Chronic back pain [724.5]
 Asthma finding [493.90]
 Insomnia, unspecified [780.52]

**P** | F/U PCP AND BP COORDINATOR.

| Thomas Coleman C/A (PRN: TC457086): Signed SOAP Note for 04/16/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 59 yrs,  DOB: 12/11/1954 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

seen by: Sheldon Roberts, PA-C
seen on: Wednesday 16 April 2014

electronically signed by: Sheldon Roberts, PA-C
signed on: Thursday 17 April 2014 9:55 AM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 69.5 in | 165.0 lb | 24.0 | 110 / 70 mmHg | 96.9 F | 63 bpm | 16 rpm |

**CC**  BP  (Appt time: 4:00 PM) (Arrival time: 4:02 PM)

**S**  THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY
OILS, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH,

NASAL CONGESTION, NASAL DISCHARGE,

HEADACHE, FACIAL AND SINUS PRESSURE

SMELL DECREASED

COUGH,

WHEEZING

SHORTNESS OF BREATH

SKIN REDNESS, SCALING, PEELING, BLISTERING,

LIGHTHEADEDNESS

FATIGUE.
WEIGHT LOSS

**O**  pulse ox 97  RIGHT 20/15 LEFT 20/20  BOTH 21/13

SKIN NECK, ARMS, GROIN, FACE, HANDS  -  WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, BLEBS

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,

LUNG SOUNDS CTA

**A**  692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 473.8 CHRONIC SINUSITIS,

**P**  GET AN ENDOSCOPY FOR CHRONIC SINUSITIS EVALUATION.   GET A PFT WITH METHACHOLINE CHALLENGE.

| Shaunette Cook C/A (PRN: SC298369): Signed SOAP Note for 04/09/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 34 yrs, DOB: 05/04/1979 | 509 E 23rd Street Panama City, FL 32405<br>(850) 215-8999 |

seen by: Sheldon Roberts, PA-C
seen on: Wednesday 09 April 2014

electronically signed by: Sheldon Roberts, PA-C
signed on: Monday 14 April 2014 8:07 PM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 71.0 in | 233.0 lb | 32.5 | 137 / 99 mmHg | 97.8 F | 88 bpm | 14 rpm |

**CC** (Appt time: 3:00 PM) (Arrival time: 2:55 PM)

**S** THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, UNKNOWN CHEMICALS, EXPOSURE BY SMELL,

OCULAR INVOLVEMENT BLURRINESS

EYE LID ITCHING

NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING

HEADACHE, FACIAL AND SINUS PRESSURE

COUGH, SPUTUM PRODUCTION PURULENT

WHEEZING

SHORTNESS OF BREATH

THROAT SORE, BLEEDING, REDNESS, DISCHARGE

SKIN REDNESS

LIGHTHEADEDNESS

FATIGUE.

**O** pulse ox 98EYES   RIGHT 20/20 LEFT 20/20 BOTH 20/15
VISION BLURRY
SKIN  F DORSAL FEET - WITH HYPER PIGMENTATION

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY

LUNG SOUNDS CTA

**A** 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION

**Shaunette Cook C/A (PRN: SC298369): Signed SOAP Note for 04/09/2014**
Age on DOS: 34 yrs, DOB: 05/04/1979

Ron Lippmann D.O., P.A.
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

P | GET AN ENDOSCOPY FOR CHRONIC SINUSITIS EVALUATION.   GET A PFT WITH METHACHOLINE CHALLENGE.

| Tristian Crowder C/A (PRN: TC906754): Signed SOAP Note for 05/30/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 28 yrs. DOB: 07/12/1985 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

seen by: Jill Marshall-Allen, ARNP
seen on: Friday 30 May 2014

electronically signed by: Ron Lippmann, D.O.
signed on: Tuesday 03 June 2014 12:21 PM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 69.0 in | 244.0 lb | 36.0 | 112 / 75 mmHg | 97.4 F | 80 bpm | 14 rpm |

**CC** BP physical (Appt time: 10:00 AM) (Arrival time: 9:56 AM)

**S** THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT positive for EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS EYE LID SWELLING EYE LID ITCHING negative for , EYE LID RASH, EYE LID SORE, EYE LID REDNESS,
positive for NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE
positive for SMELL DECREASED COUGH, SPUTUM PRODUCTION PURULENT WHEEZING SHORTNESS OF BREATH

ASTHMA OCCURANCE denies history of asthma, not sure if has now because of wheezing

positive for THROAT SORE, BLEEDING, REDNESS, DISCHARGE

positive for SKIN REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES

negative for SEIZURE

positive for LIGHTHEADEDNESS

positive FATIGUE.
Positive for abdominal pain, cramping, nausea, vomiting and diarrhea

**O** eye exam: left eye 20/25, right eye 20/20, both eyes 20/20 uncorrected, color vision exam
EYES CONJUCTIVAL TRACE ERYTHEMA, right scleara w/staining, NO LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
c/o VISION BLURRY
SKIN NECK, ARMS, FACE, HANDS - WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE

ABDOMEN nonTENDER TO THE PERIUMBILICAL REGION, TENDER TO THE EPIGASTRIC REGION, TENDER TO THE FLANK AREA

SINUS FACE AND HEAD PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS DECREASED BREATH SOUNDS, WHEEZE, RHONCHI.
Nasal mucousa beefy erythema edematous

**A** 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 372.39 TOXIC CONJUCTIVITIS,, 473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 787.02 NAUSEA, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

DIAGNOSES:
Diarrhea [787.91]
Wheezing symptom [786.07]

| Tristian Crowder C/A (PRN: TC906754): Signed SOAP Note for 05/30/2014<br>Age on DOS: 28 yrs,  DOB: 07/12/1985 | Ron Lippmann D.O., P.A.<br>509 E 23rd Street Panama City, FL 32405<br>(850) 215-8999 |
|---|---|

P  f/u PCP and BP coordinator

**Dallas Finch B/P (PRN: DF688875): Signed SOAP Note for 04/07/2014**
Age on DOS: 48 yrs, DOB: 01/23/1966

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Kim Bintz, PA
seen on: Monday 07 April 2014

electronically signed by: Ronald Lippmann, DO
signed on: Tuesday 08 April 2014 6:40 AM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Pulse: |
|---------|---------|------|-----------------|--------|
| 74.0 in | 308.0 lb | 39.5 | 147 / 98 mmHg | 64 bpm |

**CC**  BP Claim  (Appt time: 10:00 AM) (Arrival time: 8:57 AM)

**S**  THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY
EXPOSED TO FUMES, OILS, GASES, HEAT, WATER,  UNKNOWN CHEMICALS, AS WELL AS EXPOSURE BY SMELL.

OCULAR INVOLVEMENT EYE IRRITATION, EYE BURNING
EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING

NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING

HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE

SKIN REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, , CRUSTING, WELTS.

HE ALSO REPORTS GENERALIZED MUSCLE ACHES

**O**  EYES CONJUCTIVAL NORMAL, SOME ERYTHMA OF THE UPPER EYE LID.  THE SKIN OF THE , ARMS, FACE, HANDS  -  WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE IN VARIOUS SHADES OF HEALING

ABDOMEN APPEARS NON TENDER IN THE PERIUMBILICAL REGION AND EPIGASTIC REGION.

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID, WITH EDEMA AND NASAL DRAINAGE  NOTED.

LUNG SOUNDS: DECREASED BREATH SOUNDS, NO WHEEZES OR RHONCHI.

General: Normotensive, in no acute distress.  Head: Normocephalic Eyes: PERRLA, EOM's full, fundi grossly normal.  Ears: EAC's clear, TM's normal.  Throat: Clear, no exudates, no lesions.  Neck: Supple, no masses, no thyromegaly, no bruits.  Chest: Lungs clear, no rales, no rhonchi, no wheezes.  Heart: RR, no murmurs, no rubs, no gallops.  Back: Normal curvature, no tenderness.  Extremities: FROM, no deformities, no edema, no erythema.  Neuro: Physiological, no localizing findings.  Skin: Normal, no rashes, no lesions noted.

**A**  692.9 CONTACT DERMATITIS AND OTHER ECZEMA,  473.8 CHRONIC SINUSITIS,  787.02 NAUSEA, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

**P**  GET AN ENDOSCOPY FOR CHRONIC SINUSITIS EVALUATION.

**Travis Gerkin C/A (PRN: TG166631): Signed SOAP Note for 04/08/2014**
Age on DOS: 36 yrs, DOB: 05/23/1977

Ron Lippmann D.O., P.A.
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Kim Bintz, PA
seen on: Tuesday 08 April 2014

electronically signed by: Kim Bintz, PA
signed on: Thursday 10 April 2014 12:26 PM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| | 71.0 in | 230.0 lb | 32.1 | 137 / 88 mmHg | 83 bpm | 16 rpm |

CC (Appt time: 8:30 AM) (Arrival time: 8:41 AM)

S THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH,
NASAL CONGESTION,
HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE
+SMELL DECREASED
COUGH
WHEEZING
SHORTNESS OF BREATH
RASH STARTED AS WELL ABOUT 6 MONTHS AFTER STOPPING WORK FOR BP
HE HAS NO OTHER COCMPLANTS AT THIS TIME

O SINUS FACE AND HEAD PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID, NARES: EDEMATOUS MUCOSA, WITH ALMOST COMPLETE OCCLUSION ON THE RIGHT SIDE
LUNGS WITH DECREASED BREATHSOUNDS BILATERAL, NO RHONCHI, WHEEZES OR RALES
SKIN ON RIGHT LEG WITH EVIDENCE OF SCALING, WITH HYPER PIGMENTATION, AREA IS 3CMX 2CM LOCATED ON THE LOWER LEFT LE
General: Normotensive, in no acute distress.  Head: Normocephalic, no lesions.  Eyes: PERRLA, EOM's full, conjunctivae clear.  Ears: EAC's clear, TM's normal.  Throat: Clear, no exudates, no lesions.  Neck: Supple, no masses, no thyromegaly, no bruits.  Heart: RR, no murmurs, no rubs, no gallops.  Abdomen: Soft, no tenderness, no masses, BS normal.  Back: Normal curvature, no tenderness.  Extremities: FROM, no deformities, no edema, no erythema.

A 473.8 CHRONIC SINUSITIS, 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 782.1 RASH AND SKIN ERUPTION, 473.8 CHRONIC SINUSITIS

P POSSIBLE CT FOR CHRONIC SINUSITIS EVALUATION.

| **Devon Holley B/P (PRN: DH106697): Signed SOAP Note for 05/28/2014** | **Ron Lippmann D.O., P.A.** |
|---|---|
| Age on DOS: 38 yrs,  DOB: 08/19/1975 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

seen by: Jill Marshall-Allen, ARNP
seen on: Wednesday 28 May 2014

electronically signed by: Ron Lippmann, D.O.
signed on: Sunday 01 June 2014 7:54 AM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 68.0 in | 182.0 lb | 27.7 | 134 / 94 mmHg | 97.1 F | 88 bpm | 14 rpm |

**CC** | BP Claim (Appt time: 5:15 PM) (Arrival time: 2:56 PM)

**S**

THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT POSITIVE FOR EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS

POSITIVE FOR EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING

POSITIVE FOR NASAL CONGESTION, NASAL DISCHARGE,
NEGATIVE FOR NASAL BLEEDING

POSITIVE FOR HEADACHE, , FACIAL AND SINUS PRESSURE
NEGATIVE FOR FACIAL PAIN
POSITIVE FOR SMELL DECREASED

POSITIVE FOR COUGH, SPUTUM PRODUCTION PURULENT

POSITIVE FOR WHEEZING

NEGATIVE FOR SHORTNESS OF BREATH

NEGATIVE FOR ASTHMA OCCURANCE

POSITIVE FOR THROAT SORE, BLEEDING, REDNESS, DISCHARGE

SKIN POSITIVE FOR REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS,  DRYNESS, , , ACNE OR PIMPLES
NEGATIVE FOR FLAT,BLISTERING CRUSTING, WELT
NEGATIVE FOR SEIZURE

POSITIVE FOR LIGHTHEADEDNESS AND FATIGUE.
POSITIVE FOR abdominal pain, abdominal cramping, nausea, vomiting diarrhea

**O**

EYES CONJUCTIVAL ERYTHEMA, TRACE LID SWELLING, NEGATIVE LID ERYTHEMA, NEGATIVE LID SCALING, NEGATIVE LID RASH
C/O VISION BLURRY
SKIN NECK, ARMS, , FACE, HANDS  -  WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE

ABDOMEN TENDER TO THE PERIUMBILICAL REGION, TENDER TO THE EPIGASTRIC REGION, NON TENDER TO THE FLANK AREA

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS CLEAR

**NOTICE OF INTENT TO SUE FORM - Appendix C**
**Authorization and Release of Employee/Personnel Records**
**(For CLEAN-UP WORKERS Without Sufficient Information In The Databases Or Documentation Provided By BP To The CLAIMS ADMINISTRATOR)**

**When submitting a NOTICE OF INTENT TO SUE, each CLEAN-UP WORKER who is not in one of the databases or documentation provided by BP to the CLAIMS ADMINISTRATOR pursuant to Section XXI.B of the MEDICAL SETTLEMENT AGREEMENT must also complete and submit this authorization. If you are unsure whether you are in such a database or documentation, you may contact the CLAIMS ADMINISTRATOR toll free at 1-877-545-5111 or by visiting the website www.deepwaterhorizonmedicalsettlement.com. The CLAIMS ADMINISTRATOR will respond to you promptly in writing.**

**Submitting this form authorizes the CLAIMS ADMINISTRATOR, subject to the terms of the MEDICAL SETTLEMENT AGREEMENT, to collect employment and personnel records from your past and present employers. The information obtained pursuant to this authorization will be used by the CLAIMS ADMINISTRATOR for performing its duties pursuant to the MEDICAL SETTLEMENT AGREEMENT, including determining whether you qualify as a MEDICAL BENEFITS SETTLEMENT CLASS MEMBER, fulfilling Medicare Secondary Payer Act and other reporting requirements, and identifying and resolving applicable liens.**

Please fill out the fields and sign the document below. If you are an AUTHORIZED REPRESENTATIVE of a minor, incapacitated or incompetent person, or deceased person, please provide information for that person and sign below.

The capitalized terms in this form are defined in the MEDICAL SETTLEMENT AGREEMENT, which is available at www.deepwaterhorizonmedicalsettlement.com or by calling toll free 1-877-545-5111.

**You should retain a copy of anything submitted to the CLAIMS ADMINISTRATOR.**

**Devon Holley B/P (PRN: DH106697): Signed SOAP Note for 05/28/2014**
Age on DOS: 38 yrs,  DOB: 08/19/1975

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

A | 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 372.39 TOXIC CONJUCTIVITIS, 374.82 EDEMA OF EYELID, 473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 787.02 NAUSEA, 789.05 ABDOMINAL PAIN, 379.99 BURNING SENSATION IN EYE.

P | f/u PCP and BP coordinator

## MEDICAL QUESTIONAIRRE

Patient Name: _Zebulun Johnson Baynes_  Birth Date: _____  Today's Date: _3/24/19_

### PERSONAL MEDICAL HISTORY:

What is the main medical problem you are here for and how long have you had it: _Kidney, Sinus_
_HeadAcE_

Check any illnesses or conditions you have had in the past:

| | | | | |
|---|---|---|---|---|
| __ Asthma | __ Bronchitis | __ Emphysema | __ Pneumonia | __ Tuberculosis |
| __ Lung Cancer | __ Bronchiectasis | __ Allergy | __ Pneumothorax | __ Hiatal Hernia |
| __ Sinusitis | __ High B P | __ Stroke | __ Kidney Disease | __ Reflux |
| __ Diabetes | __ Heart Disease | __ Sleep Apnea | __ Nervousness | __ Glaucoma |
| __ Rheumatic Fever | | __ Bleeding Problems | | |
| __ Other | | | | |

Previous Surgeries: _____
Drug Allergies: _____
Other Allergies: _____
Medication List: _____

### PERSONAL SOCIAL HISTORY:

Religion: _Christian_  Education Level: _12_  Occupation/How Long: _Hotel Worker 2months_
Marital Status: _S_  Have you traveled outside the US or Canada?/Where _No_
What types of hobbies or recreational activities do you participate in: _T.U. watching Sports_

Do you or have you had a job that exposed you to: ___ dust   ___ fumes   ___ asbestos   ___ sandblasting
___ chemicals   ___ other _____
Have you been exposed to second hand smoke? _No_  Please explain: _____
Do you currently use tobacco products? _No_  Have you ever? _____
How Long? _____  How much? _____  Type of tobacco? _____
Do you drink alcoholic beverages? _Yes_  What type? _Liquor_  How often? _social_
Do you drink coffee? _No_  How much? _____  How often? _____
Do you have any pets? _No_  Number and type: _____

### FAMILY HISTORY:

Is your mother alive or deceased? _Alive_  Present health or cause of death: _Good_
Is your father alive or deceased? _Alive_  Present health or cause of death: _Good_
How many brothers do you have? _3_  Are they alive or deceased? _Alive_
How old are they? _32, 28, 24_  How is their health? _Good_
How many sisters to you have? _1_  Are they alive or deceased? _Alive_
How old are they? _36_  How is their health? _Good_
How many children have you had? _6_  Are they alive or deceased? _Good_
How old are they? _____  How is their health? _____
Check the following illnesses that have occurred in any of your blood relatives and specify relationship:

| | | | |
|---|---|---|---|
| ___ Asthma | ___ Cystic Fibrosis | ___ Sarcoidosis | ___ IPF |
| ___ Diabetes | ___ Breast Cancer | ___ Colon Cancer | ___ Kidney Disease |
| ___ Tuberculosis | ___ Heart Disease | ___ High Blood Pressure | ___ Stroke |
| ___ Nervousness | ___ Allergy | ___ Bleeding Tendency | ___ A1AT |
| ___ Other | | | |

Patient Name: _Zebulun Johnson-Barnes_          DOB: _4-7-73_

## PHYSICAL EXAMINATION

To be completed by the physician. Please indicate normal or abnormal, and give an explanation for any abnormalities.

HEENT: ☒Normal  ☐Abnormal: _V/A 20/25_

HEART: ☒Normal  ☐Abnormal: _____

LUNGS: ☒Normal  ☐Abnormal: _____

ABDOMEN: ☒Normal  ☐Abnormal: _there no CVST, no abd tenderness_

NECK: ☒Normal  ☐Abnormal: _____

TRUNK/ BACK: ☒Normal  ☐Abnormal: _____

KNEES: ☒Normal  ☐Abnormal: _____

LEGS/ ANKLES: ☒Normal  ☐Abnormal: _____

WRISTS/ HANDS: ☒Normal  ☐Abnormal: _____

SHOULDERS/ ARMS: ☒Normal  ☐Abnormal: _____

Dermatology: ☐Normal  ☒Abnormal: _Fine rash face_

Dr. 1) Blurred Vision — Recommend eye exam
2) Headaches — Recommend — neurology Evaluation
3) Chronic Sinus Congestion + Drainage — Recommend
   expose breaks ENT Evaluation
4) Back/ flanks pain — Recommend CT abd/ Pelvis —

Physicians Signature: _____  Date: _March 24, 2019_

Physicians Signature: _____  Date: _____

☒ Dr. Ronald Lippmann, DO      ☐ Dr. Kirk Brisnehan, DO      ☐ Dr. Bill Bautsch, MD

☐ Sheldon Roberts, PA-C      ☐ Belynda McCurry, PA-C      ☒ Robert Munoz, PA-C

*Zebulun Johnson Barney    DOB 4-7-73*

# DIAGNOSTIC TOOL
## Part II: DETAILED MEDICAL REPORTS

*DATE March 24 - 2014*

| A1-4; B1* | SPC | Symptoms (HIGHLIGHT ALL Symptoms Declared by Patient in the Patient's DECLARATION provided by Law Office) | Diagnosis | As Evidenced By [Notes of Physical Examination]: |
|---|---|---|---|---|
| A | Ocular | (Symptoms first appeared within 24 hours of any exposure) • eye irritation • eye burn | Blurred vision | beg on within 6 mos |
| A | UA/R | (Symptoms first appeared within 72 hours of any exposure) (TWO+) • nasal congestion/discharge, or post-nasal drip; • headache, facial pain/pressure or sinus pain; • decreased sense of smell; • cough; • sputum production; • wheezing; • shortness of breath    NO | Started within 6 mos' | ✓ |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing asthma | NO | |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing COPD | NO | |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) nose bleed | Yes | |
| A | ENT | (Symptoms first appeared within 48 hours of any exposure) throat irritation- sore throat | yes | from Sinus drainage |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) (TWO+) • redness; inflammation or pain; blistering; crusting; swelling; itching; lesion; dryness or flaking; peeling; scaly skin; welts; or pimples | face irritation | St started after 2012 |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) acne; oil acne | NO | |
| A | N/O-H | (Symptoms first appeared within 24 hours of any exposure) headache; dizziness; fainting; seizure | yes during Exposure | |
| A | N/O-G | (Symptoms first appeared within 24 hours of any exposure) • nausea; • diarrhea; • vomiting; • abdominal cramps;    flank pain • abdominal pain | yes | started during cleanup + contents |
| B | Ocular | (Symptoms first appeared within 24 hours of any exposure) • ongoing eye damage • continued redness of the eye.; • damage to conjunctiva, cornea, and/or surrounding structures    Blurred vision | yes | ✓ |
| B | Resp- Sinusitis  CT + or – Endoscopy + or - | (Symptoms first appeared within 72 hours of any exposure (TWO+) • anterior and/or posterior mucopurulent drainage; • nasal obstruction; • facial pain, pressure, and/or fullness;    congestion • decreased sense of smell | yes | ✓ |
| B | Resp- RADS  PFT + or – MCT + or - | (Symptoms first appeared within 24 hours of any exposure) • absence of pre-existing respiratory disease • recurring cough; • constant wheezing; • chest tightness; and recurring breathlessness | NO | ✓ |
| B | Dermal | (Symptoms first appeared within 72 hours of any exposure) • ongoing skin inflammation; constant dryness of the skin; recurring skin rashes; redness; swelling; itchiness; blistering; cracking; bleeding | face rash | started after TimeLine (After 2012) |

*Claimant Worked on Shore had Dermal exposure*

Attorney Client Work Product    7

Zebulun Johnson- Barnes    POB 4-7-73

DATE March 24-2014

*MedSouth Staff only beyond this point.*

| VITALS | VISUAL ACUITY |
|---|---|
| Weight: 268   Height: 75   Pulse: 82 | Right Eye: 20/25 blurry   Left Eye: 20/25 blurry |
| Blood Pressure: 138 / 73 | Both Eyes: 20/15 blurry |
| Additional B/P if needed below : | |
| ___/___   ___/___ | Vision Corrected?   Yes   (No) |
| | Color Vision:   Pass   Fail |

| **Luther Kirkland B/P (PRN: LK297315): Signed SOAP Note for 06/06/2014**<br>Age on DOS: 24 yrs,  DOB: 05/22/1990 | **Ron Lippmann D.O., P.A.**<br>509 E 23rd Street Panama City, FL 32405<br>(850) 215-8999 |
|---|---|

seen by: Jill Marshall-Allen, ARNP
seen on: Friday 06 June 2014

electronically signed by: Ronald Lippmann, DO
signed on: Sunday 15 June 2014 1:38 PM

**VS**

| Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|
| 128 / 80 mmHg | 98.1 F | 86 bpm | 16 rpm |

**CC**  BP Physical (Appt time: 2:30 PM) (Arrival time: 3:22 PM)

**S**  THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT POSITIVE FOR EYE IRRITATION, EYE BURNING, BLURRINESS,EYE LID ITCHING NEGATIVE REDNESS,

POSITIVE EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS,

POSITIVE NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING

POSITIVE FOR HEADACHE, FACIAL AND SINUS PRESSURE
NEGATIVE FOR  FACIAL PAIN,
POSITIVE SMELL DECREASED

NEGATIVE FOR COUGH, SPUTUM PRODUCTION PURULENT WHEEZING

POSITIVE FOR SHORTNESS OF BREATH

NEGATIVE FOR ASTHMA OCCURANCE, THROAT SORE, BLEEDING, REDNESS, POSITIVE FOR DISCHARGE

POSITIVE FOR SKIN REDNESS, BUMPSNEGATIVE FOR SCALING, PEELING, SCARRING, DARKER, LIGHTER, , FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES

NEGATIVE FOR SEIZURE

POSITIVE FOR LIGHTHEADEDNESS  FATIGUE.
NEGATIVE FOR ABDOMINAL PAIN ANAD CRAMPING AND DIARRHEA, POSITIVE FOR NAUSEA

**O**  EYE EXAM LEFT EYE 20/20, RIGHT EYE 20/20, BOTH EYES 20/20, UNCORRECTED, PASSED COLOR EXAM
EYES CONJUCTIVAL  LEFT FOR  ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
C/O VISION BLURRY
SKIN LEFT LEG WITH LARGE ERYTHEMATOU S PATCHING

ABDOMEN NEGATIVE FOR TENDER TO THE PERIUMBILICAL REGION, TENDER TO THE EPIGASTRIC REGION, TENDER TO THE FLANK AREA
NASAL MUCOUSA BRIGHT ERYTHEMA EDEMA
SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID
RIGHT TONSIL GROSSL Y ENLARGED W/DISCHARGE +ADENOPATH Y

LUNG SOUNDS NEGATIVE FOR  DECREASED BREATH SOUNDS, WHEEZE, RHONCHI.

**A**  692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 82.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 372.39 TOXIC CONJUCTIVITIS,473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, 787.02 NAUSEA, 379.99 BURNING SENSATION IN EYE.

DIAGNOSIS:

**Luther Kirkland B/P (PRN: LK297315): Signed SOAP Note for 06/06/2014**
Age on DOS: 24 yrs,  DOB: 05/22/1990

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

| | Chronic tonsillitis [474.00] | |
|---|---|---|
| P | F/U PCP AND BP COORDINATOR | |

| Daniel Lowery C/A (PRN: DL580941): Signed SOAP Note for 05/21/2014 | Ron Lippmann D.O., P.A. |
|---|---|
| Age on DOS: 35 yrs, DOB: 04/09/1979 | 509 E 23rd Street Panama City, FL 32405 |
| | (850) 215-8999 |

seen by: Jill Marshall-Allen, ARNP
seen on: Wednesday 21 May 2014

electronically signed by: Ronald Lippmann, DO
signed on: Monday 26 May 2014 9:37 AM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 75.0 in | 269.0 lb | 33.6 | 133 / 90 mmHg | 97.6 F | 89 bpm | 16 rpm |

**CC** | BP Physical (Appt time: 12:45 PM) (Arrival time: 12:38 PM)

**S** THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENTpositive for EYE IRRITATION, EYE BURNING,REDNESS, EYE LID ITCHINGalso had and has excessive dryness negative for BLURRINESS,
negative for EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, FACIAL PAIN

positive for NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING,HEADACHE, , FACIAL AND SINUS PRESSURE

positive for SMELL DECREASED

negative for COUGH, SPUTUM PRODUCTION PURULENT WHEEZING SHORTNESS OF BREATH ASTHMA OCCURANCE

negative for THROAT SORE, BLEEDING, REDNESS, DISCHARGE

SKIN Positve REDNESS, SCARRING
negative for SCALING, PEELING, , DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES

negative for SEIZURE

positive LIGHTHEADEDNESS and FATIGUE.
negative for abdominal pain, cramping, nausea, vomiting and diarrhea
States developed recurrent MRSA infections.

**O** eye exam : left eye 20/20, right eye 20/20, both eyes 20/20, uncorrected, passed color vision test
EYES positive for CONJUCTIVAL ERYTHEMA, negative for LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH denies VISION BLURRY
Nasal mucous bright red, clear drainage, no edema.
SKIN NECK, ARMS, GROIN, FACE, HANDS - WITH no HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE,positive for scattered micropapules PAPULE TYPE

ABDOMEN non TENDER TO THE PERIUMBILICAL REGION, non TENDER TO THE EPIGASTRIC REGION, non TENDER TO THE FLANK AREA

SINUS FACE AND HEAD PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS clear

**A** 692.9 CONTACT DERMATITIS AND OTHER ECZEMA,, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION, 372.39 TOXIC CONJUCTIVITIS, , 473.8 CHRONIC SINUSITIS, ,, 379.99 BURNING SENSATION IN EYE.

DIAGNOSES:
   Chronic rhinitis [472.0]
      comments:   onset 2010

25 June 2014 10:20 AM
page 1 of 2

**Daniel Lowery C/A (PRN: DL580941): Signed SOAP Note for 05/21/2014**
Age on DOS: 35 yrs,  DOB: 04/09/1979

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

Dry eye [375.15]
    comments:    onset 2010
Methicillin resistant Staphylococcus aureus infection in conditions classified elsewhere and of unspecified site [041.12]
    comments:    per pt history, recurrent cutaneous infection following exposure

**P** | f/u PCP and bp coordinator

**Jose Marengo B/P (PRN: JM467736): Signed SOAP Note for 06/13/2014**
Age on DOS: 43 yrs.  DOB: 05/02/1971

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Jill Marshall-Allen, ARNP
seen on: Friday 13 June 2014

electronically signed by: Ronald Lippmann, DO
signed on: Saturday 28 June 2014 12:45 PM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|----|---------|---------|------|-----------------|-------|--------|------------|
| | 72.0 in | 205.0 lb | 27.8 | 126 / 78 mmHg | 97.8 F | 67 bpm | 14 rpm |

**CC** | BP Claim  (Appt time: 9:45 AM) (Arrival time: 9:17 AM)

**S** | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT NEGATIVE FOR EYE IRRITATION, EYE BURNING,REDNESS,EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING

POSITIVE FOR BLURRINESS, NASAL CONGESTION, NASAL DISCHARGE,
NEGATIVE FOR NASAL BLEEDING FACIAL PAIN SMELL DECREASED
POSITIVE FOR HEADACHE, , FACIAL AND SINUS PRESSURE
POSITIVE FOR COUGH,  NEGATIVE FOR SPUTUM PRODUCTION PURULENT

POSITIVE FOR WHEEZING, SHORTNESS OF BREATH AND ASTHMA OCCURANCE
POSITIVE FOR  THROAT SORE, , DISCHARGE
NEGATIVE FOR BLEEDING, REDNESS
SKIN NEGATIVE FOR REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES

NEGATIVE FOR SEIZURE AND LIGHTHEADEDNESS
HAS SEVERE EXERCISE/WALKING INTOLERANCE DEVELOPS DYSPNEA WALKING AS FEW AS 25 FEET

FATIGUE.  ABDOMINAL PAIN, CRAMPING, NAUSEA, VOMITING , DIARRHEA.

**O** | EYES NO CONJUCTIVAL ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
VISION BLURRY
SKIN NECK, ARMS, FACE, HANDS  -  FACE WITH HYPER PIGMENTED LESION 0.3, LEGS WITH HYPOPIGMENTED PLAQUES

ABDOMEN NONTENDER TO THE PERIUMBILICAL REGION, NONTENDER TO THE EPIGASTRIC REGION, NONTENDER TO THE FLANK AREA

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID

LUNG SOUNDS MARKEDLY DECREASED BREATH SOUNDS, WITH WHEEZE,

**A** | 692.9 CONTACT DERMATITIS AND OTHER ECZEMA, 786.2 COUGH, 782.1 RASH AND SKIN ERUPTION, PAPULAR ERUPTION, MACULAR ERUPTION,  473.8 CHRONIC SINUSITIS, 68.8 BLURRING OF VISION, ,

DIAGNOSES:
 Asthma [493.90]
 Dyspnea on exertion [786.09]
      comments:   SEVERE

**P** | F/U PCP AND BP COORDINATOR.

MEDICAL QUESTIONAIRE

Patient Name: _MICHAEL   MOULDER_     Birth Date: _4-22-70_ Today's Date: _3-27-14_

## PERSONAL MEDICAL HISTORY:

What is the main medical problem you are here for and how long have you had it: _EYE   IRRITATION_
_2 YEARS_

Check any illnesses or conditions you have had in the past:

| | | | | |
|---|---|---|---|---|
| __ Asthma | __ Bronchitis | __ Emphysema | __Pneumonia | __ Tuberculosis |
| __ Lung Cancer | __ Bronchiectasis | __ Allergy | __ Pneumothorax | __ Hiatal Hernia |
| __ Sinusitis | __ High B P | __ Stroke | __ Kidney Disease | __ Reflux |
| __ Diabetes | __ Heart Disease | __ Sleep Apnea | __ Nervousness | __ Glaucoma |
| __ Rheumatic Fever | | __ Bleeding Problems | | |
| __ Other | | | | |

Previous Surgeries: _____
Drug Allergies: _NONE_
Other Allergies: _____
Medication List: _____

## PERSONAL SOCIAL HISTORY:

Religion: _____ Education Level: _12th_ Occupation/How Long: _SALES   2 YRS_
Marital Status: _M_ Have you traveled outside the US or Canada?/Where _YES_
What types of hobbies or recreational activities do you participate in: _GOLF, FISH, HUNT_

Do you or have you had a job that exposed you to: ✓ dust ✓ fumes ___ asbestos ___ sandblasting
✓ chemicals ___ other _____
Have you been exposed to second hand smoke? ✓ Please explain: _PARENTS   SMOKED_
Do you currently use tobacco products? _NO_ Have you ever? _NO_
How Long? _____ How much? _____ Type of tobacco? _____
Do you drink alcoholic beverages? _YES_ What type? _BEER_ How often? _EVERY  OTHER DAY_
Do you drink coffee? _NO_ How much? _____ How often? _____
Do you have any pets? _YES_ Number and type: _4   DOGS_

## FAMILY HISTORY:

Is your mother alive or deceased? _ALIVE_ Present health or cause of death: _FAIR_
Is your father alive or deceased? _DECEASED_ Present health or cause of death: _HEART   ATTACK_
How many brothers do you have? _1_ Are they alive or deceased? _ALIVE_
How old are they? _40_ How is their health? _GOOD_
How many sisters to you have? _1_ Are they alive or deceased? _ALIVE_
How old are they? _47_ How is their health? _GOOD_
How many children have you had? _2_ Are they alive or deceased? _ALIVE_
How old are they? _25, 27_ How is their health? _GOOD_

Check the following illnesses that have occurred in any of your blood relatives and specify relationship:

| | | | |
|---|---|---|---|
| __ Asthma | __ Cystic Fibrosis | __ Sarcoidosis | __ IPF |
| ✓ Diabetes | __ Breast Cancer | __ Colon Cancer | __ Kidney Disease |
| __ Tuberculosis | ✓ Heart Disease | ✓ High Blood Pressure | __ Stroke |
| __ Nervousness | __ Allergy | __ Bleeding Tendency | __ A1AT |
| __ Other | | | |



Patient Name: _Michael Moulder_     DOB: _4-22-70_

## PHYSICAL EXAMINATION

*To be completed by the physician. Please indicate normal or abnormal, and give an explanation for any abnormalities.*

HEENT: ☐ Normal  ☒ Abnormal: _eyes ē Conjunctival Irritation_

HEART: ☒ Normal  ☐ Abnormal: _____

LUNGS: ☒ Normal  ☐ Abnormal: _____

ABDOMEN: ☒ Normal  ☐ Abnormal: _____

NECK: ☒ Normal  ☐ Abnormal: _____

TRUNK/ BACK: ☒ Normal  ☐ Abnormal: _____

KNEES: ☒ Normal  ☐ Abnormal: _____

LEGS/ ANKLES: ☒ Normal  ☐ Abnormal: _____

WRISTS/ HANDS: ☒ Normal  ☐ Abnormal: _____

SHOULDERS/ ARMS: ☒ Normal  ☐ Abnormal: _____

Dermatology : ☐ Normal  ☒ Abnormal: _mild splotchy rash on arms_

A) 1) _Chronic Eye Irritation + Blurred Vision —_
        _Recommend Eye Evaluation_

   2) _Skin rash— recommend Dermatology Evaluation_

Physicans Signature: _____     Date: _3-27-14_

Physicans Signature: _____     Date: _____

☒ Dr. Ronald Lippmann, DO     ☐ Dr. Kirk Brisnehan, DO     ☐ Dr. Bill Bautsch, MD

☐ Sheldon Roberts, PA-C     ☐ Belynda McCurry, PA-C     ☒ Robert Munoz, PA-C

michael moulder *Rob* 4/22/90

MArch -27, 2014

# DIAGNOSTIC TOOL
*Part II: DETAILED MEDICAL REPORTS*

| A1-4; B1 | SPC | Symptoms (HIGHLIGHT ALL Symptoms Declared by Patient in the Patient's DECLARATION provided by Law Office) | Diagnosis | As Evidenced By (Notes in Physical Examination): |
|---|---|---|---|---|
| A | Ocular | (Symptoms first appeared within 24 hours of any exposure)<br>• eye irritation<br>• eye burn — watering, Blurred vision, | ✓ | ✓ |
| A | UA/R | (Symptoms first appeared within 72 hours of any exposure) (TWO+)<br>• nasal congestion/discharge, or post-nasal drip;<br>• headache, facial pain/pressure or sinus pain;<br>• decreased sense of smell;<br>• cough;<br>• sputum production;<br>• wheezing;<br>• shortness of breath | N 0 | ✓ |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing asthma | N 0 | ✓ |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) exacerbation of pre-existing COPD | N 0 | ✓ |
| A | UA/R | (Symptoms first appeared within 48 hours of any exposure) nose bleed | N 0 | ✓ |
| A | ENT | (Symptoms first appeared within 48 hours of any exposure) throat irritation- sore throat | N 0 | ✓ |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) (TWO+)<br>• redness; inflammation or pain; blistering; crusting; swelling; itching; lesion; dryness or flaking; peeling; scaly skin; welts; or pimples | Rash itchy arms | ✓ |
| A | Derm | (Symptoms first appeared within 72 hours of any exposure) acne; oil acne | N 0 | ✓ |
| A | N/O-H | (Symptoms first appeared within 24 hours of any exposure) headache; dizziness; fainting; seizure | N 0 | ✓ |
| A | N/O-G | (Symptoms first appeared within 24 hours of any exposure)<br>• nausea;<br>• diarrhea;<br>• vomiting;<br>• abdominal cramps;<br>• abdominal pain | N 0 | ✓ |
| B | Ocular | (Symptoms first appeared within 24 hours of any exposure)<br>• ongoing eye damage<br>• continued redness of the eye.;<br>• damage to conjunctiva, cornea, and/or surrounding structures | - | |
| B | Resp- Sinusitis<br><br>CT + or -<br>Endoscopy + or - | (Symptoms first appeared within 72 hours of any exposure (TWO+)<br>• anterior and/or posterior mucopurulent drainage;<br>• nasal obstruction;<br>• facial pain, pressure, and/or fullness;<br>• decreased sense of smell | N 0 | ✓ |
| B | Resp- RADS<br><br>PFT + or -<br>MCT + or - | (Symptoms first appeared within 24 hours of any exposure)<br>• absence of pre-existing respiratory disease<br>• recurring cough;<br>• constant wheezing;<br>• chest tightness; and recurring breathlessness | N 0 | ✓ |
| B | Dermal | (Symptoms first appeared within 72 hours of any exposure)<br>• ongoing skin inflammation; constant dryness of the skin; recurring skin rashes; redness; swelling; itchiness; blistering; cracking; bleeding | Rash itch | ✓ |

*Attorney Client Work Product*   7

Michael Moulder    Dob 4/22/70

*MedSouth Staff only beyond this point.*

March 27, 2019

| VITALS | VISUAL ACUITY |
|---|---|
| Weight: 224    Height: 72    Pulse: 83 <br><br> Blood Pressure: 139 / 82 <br><br> Additional B/P if needed below : <br><br> _____ / _____    _____ / _____ | Right Eye: 20/30 blurry    Left Eye: 20/25 Blurry <br> Both Eyes: 20 / 00 happy blurry <br><br> Vision Corrected?    Yes    (No) <br><br> Color Vision:    (Pass)    Fail <br><br> has glasses <br> did not bring |

Jposppe

**Hector Sostre B/P (PRN: HS719966): Signed SOAP Note for 05/21/2014**
Age on DOS: 50 yrs, DOB: 10/30/1963

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Sheldon Roberts, PA-C
seen on: Wednesday 21 May 2014

electronically signed by: Ron Lippmann, D.O.
signed on: Wednesday 02 July 2014 8:31 PM

**VS**

| Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|
| 69.0 in | 140.0 lb | 20.7 | 109 / 87 mmHg | 97.9 F | 82 bpm | 14 rpm |

**CC** | (Appt time: 3:00 PM) (Arrival time: 1:00 PM)BP PHYSICAL

**S** | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT positive for EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS,
positive for EYE LID SWELLING, , EYE LID REDNESS, EYE LID ITCHING
negative for EYE LID RASH, EYE LID SORE FACIAL PAIN,
positive for NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING,HEADACHE, FACIAL AND SINUS PRESSURE
positive for SMELL DECREASED and cough

negative for SPUTUM PRODUCTION PURULENT

positive for WHEEZING

positive for SHORTNESS OF BREATH

negative for ASTHMA OCCURANCE

positive for THROAT SORE and REDNESS,negative for BLEEDING, , DISCHARGE

SKIN positive for -REDNESS, DARKER, LIGHTER, BUMPS, DRYNESS, WELTS, ACNE OR PIMPLES
negative for -SCALING, PEELING, SCARRING,FLAT,BLISTERING,CRUSTING, then patient states had "severe burns" on bottom of feet but
no reoccurrence of blistering, states 1/5 toenail discolored from exposure
negative for SEIZURE and fatigue
Positive for LIGHTHEADEDNESS
Positive for abdominal pain, cramping, nausea, vomiting and diarrhea.
States developed mass in epigastric area that is "growing inward" following exposure continuing to today.

**O** | EYE EXAM: RIGHT EYE 20/25, LEFT EYE 20/20, BOTH EYES 20/20, UNCORRECTED, PASSED COLOR VISION TEST
EYES NO CONJUCTIVAL ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
c/o VISION BLURRY
SKIN NECK, ARMS, FACE, HANDS - WITH NO HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE, soles of feet
with tinea appearing changes and discolored toenail 1/5 toe

ABDOMEN TENDER TO THE PERIUMBILICAL REGION, TENDER TO THE EPIGASTRIC REGION, TENDER TO THE FLANK AREA, soft
protrudent mass at epigastric area

SINUS FACE AND HEAD PAINFUL TO PALPATION FRONTAL SINUS, MAXILLARY, TEMPORAL, ETHMOID
nasal mucous nl

LUNG SOUNDS clear

03 July 2014 2:10 PM
page 1 of 2

**Jason Woods B/P (PRN: JW993527): Signed SOAP Note for 06/16/2014**
Age on DOS: 43 yrs, DOB: 04/22/1971

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

seen by: Ron Lippmann, D.O.
seen on: Monday 16 June 2014

electronically signed by: Ron Lippmann, D.O.
signed on: Monday 16 June 2014 5:11 PM

| VS | Height: | Weight: | BMI: | Blood Pressure: | Temp: | Pulse: | Resp Rate: |
|---|---|---|---|---|---|---|---|
| | 73.0 in | 298.0 lb | 39.3 | 120 / 80 mmHg | 98.3 F | 87 bpm | 16 rpm |

**CC** | BP Physical (Appt time: 10:45 AM) (Arrival time: 10:49 AM)

**S** | THE PATIENT DECLARES ALL OF THE FOLLOWING SYMPTOMS OCCURED FIRST AT THE EXPOSURE IN 2010 AND HAVE CONTINUED TO THIS DAY

EXPOSED TO FUMES, OILS, GASES, HEAT, WATER, UNKNOWN CHEMICALS, EXPOSURE BY SMELL, TOUCH, SMEAR,

OCULAR INVOLVEMENT EYE IRRITATION, EYE BURNING, BLURRINESS, REDNESS--YES, Blurred Vision, Red, Irritated,

EYE LID SWELLING, EYE LID RASH, EYE LID SORE, EYE LID REDNESS, EYE LID ITCHING--YES--Bumps, on corners /edges of lids at lashes. Itch.

NASAL CONGESTION, NASAL DISCHARGE, NASAL BLEEDING--YES--Congestion, Discharge and bleeding.

HEADACHE, FACIAL PAIN, FACIAL AND SINUS PRESSURE--Headaches--Being treated now,--Has Facial pain and sinus Pressure, (Has been seeing a Neurologist and treated for Dx: of Migraine , Including Botox injections and Rx's).

SMELL DECREASED--YES--Decreased.

COUGH, SPUTUM PRODUCTION PURULENT—YES--Cough, Conestion, Heavy sputum , Gets SOB.

WHEEZING---YES

SHORTNESS OF BREATH--YES--Limits activities.

ASTHMA OCCURANCE--No

THROAT SORE, BLEEDING, REDNESS, DISCHARGE--Yes chronic Sore throat.

SKIN REDNESS, SCALING, PEELING, SCARRING, DARKER, LIGHTER, BUMPS, FLAT, DRYNESS, BLISTERING, CRUSTING, WELTS, ACNE OR PIMPLES--=YES--Starts as oil pimples and grow into small pustuoles. Drain "PUS". Cause discoloraation of skin--Dark spots, and scars.

SEIZURE--No

LIGHTHEADEDNESS--YES-- Gets episodes of dizziness.

FATIGUE. -- Yes --all the time.

**O** | pulse ox 97
EYES CONJUCTIVAL ERYTHEMA, LID SWELLING, LID ERYTHEMA, LID SCALING, LID RASH
VISION BLURRY
SKIN NECK, ARMS, GROIN, FACE, HANDS  -  WITH HYPER PIGMENTATION, SCALING, ERYTHEMA, MACULE TYPE, PAPULE TYPE

No ABDOMINAL TENDERERNESS TO THE PERIUMBILICAL REGION OR TENDER TO THE EPIGASTRIC REGION OR TENDER TO THE FLANK AREA

SINUS FACE AND HEAD  PAINFUL TO PALPATION FRONTAL SINUS,  MAXILLARY, TEMPORAL, ETHMOID

**Jason Woods B/P (PRN: JW993527): Signed SOAP Note for 06/16/2014**
Age on DOS: 43 yrs,  DOB: 04/22/1971

**Ron Lippmann D.O., P.A.**
509 E 23rd Street Panama City, FL 32405
(850) 215-8999

LUNG SOUNDS DECREASED BREATH SOUNDS, WHEEZE, RHONCHI.

A | **DIAGNOSES:**
**Other chronic sinusitis [473.8]**
        comments:    with discharge and bleeding
**Chronic conjunctivitis, unspecified [372.10]**
**Chronic blepharitis [373.00]**
**Other chronic bronchitis [491.8]**
        comments:    With Dyspnea--Limits Activty.
**Chronic dermatitis [692.9]**
        comments:    with varios rashes described
**Headache [784.0]**
        comments:    Being treated by neurology as migraine
**Dizzy spells [780.4]**
**Fatigue [780.79]**
**Loss of sense of smell [781.1]**
**Chronic pharyngitis [472.1]**

P | **Document and submit to Downs Law gp**