**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to: *Harley Allen, 4:19-cv-08* *Larry Blount, 5:19-cv-227* *Fabrice Bowdry, 5:19-cv-539* *Jonah Brackens, 5:19-cv-147* *Christopher William Brown, 3:19-cv-423* *Timothy A. Brown, Jr., 5:19-cv-369* *Thomas Coleman, 5:19-cv-259* *Shaunette Cook, 3:19-cv-3352* *Tristin Crowder, 5:19-cv-390* *Dallas Finch, 4:19-cv-123* *Travis R. Gerkin, 5:19-cv-273* *Devon Holley, 5:19-cv-343* *Zebulun Johnson, 5:19-cv-391* *Luther Kirkland, 5:19-cv-462* *Daniel Lowery, 3:20-cv-3646* *Jose Marengo, 3:19-cv-07* *Michael Moulder, 5:19-cv-12* *Hector Sostre, 3:19-cv-3608* *Jason Woods, 5:19-cv-200* | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## **ORDER**

Pending is the Report and Recommendation of the Magistrate Judge dated February 2, 2022, ECF No. 416, recommending the denial of Plaintiffs' Motion for Sanctions Due to *Ex Parte* Communications with Dr. Ron Lippman in these Back-

Page 2 of 2

End Litigation Option ("BELO") cases.  ECF No. 395 (Master Docket).[1]  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to object.  No timely objections have been filed.  Having considered the Report and Recommendation and the record, the Court has determined that it should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 416, is adopted and incorporated by reference in this Order.

2. Plaintiffs' Motion for Sanctions Due to *Ex Parte* Communications with Dr. Ron Lippman in these Back-End Litigation Option ("BELO") cases, ECF No. 395, is **DENIED**.

**DONE AND ORDERED** this 6th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The motion was not separately filed in the individual cases.